| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | AUSA: Nee<br>Special Agent:   McGovern-DEA | Telephone: (810) 766-5177<br>Telephone: (810) 768-7600 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>   v.<br>Jaymes Vandaele | Case: 4:22-mj-30190<br>Judge: Ivy, Curtis<br>Filed: 04-19-2022<br>SEALED MATTER (kcm) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15, 2021__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii) | Knowingly possess with intent to distribute a suspected amount of methamphetamine |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

David McGovern, Special Agent-DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 19, 2022__

_____
Judge's signature

City and state: __Flint, Michigan__   Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

1. I am a Special Agent (SA) of the Drug Enforcement Administration (DEA), currently assigned to the DEA Flint Resident Office. I have been so employed since November 1997. During the course of my duties, I have received specialized training in the investigation of those responsible for, among other things, illegally trafficking controlled substances. During my employment with the DEA, I have investigated criminal cases involving controlled substances and their illegal use, possession and distribution.

2. I make this affidavit in support of a criminal complaint. The facts in this affidavit are from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and does not set forth all of my knowledge about this matter.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that Jaymes Vandaele has committed violations of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

# PROBABLE CAUSE

4. In April 2021, the DEA began investigating Jaymes Vandaele for suspected violations of federal narcotics trafficking laws.

1

5. Law enforcement officers obtained information from a confidential source of information (CS) that Vandaele had a kilogram of methamphetamine for sale. Law enforcement arranged for a meeting to be set up with Vandaele at or around 2324 Austins Parkway, Flint, Michigan for the purpose of purchasing methamphetamine from Vandaele. Vandaele agreed to sell approximately 1 kilogram of methamphetamine at the meeting for $15,500. On or about April 15, 2021, Vandaele arrived at the agreed location for the drug transaction in a car. He got out of the car and entered the specified location, where he met with two individuals. After Vandaele was told that the money was good and in a backpack, Vandaele returned to the car, retrieved a plastic box, and then re-entered the location. Vandaele was shown the money in the backpack, and then Vandaele displayed the contents of the box, which contained three plastic bags filled with a crystal-like substance that was suspected to be crystal methamphetamine. Vandaele began to conduct an exchange of the suspected methamphetamine for the money in the backpack. Law enforcement then entered the room and arrested Vandaele.

6. The suspected methamphetamine weighed approximately 1.1 kilograms. It was field-tested and returned positive for the presence of methamphetamine, a schedule II controlled substance.

## CONCLUSION

7. Based on the foregoing, I have probable cause to believe that on April 15, 2021, in the Eastern District of Michigan, Jaymes Vandaele knowingly possessed with intent to distribute a suspected amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

Dated April 19, 2022.

                                                                     David McGovern
                                                                      Special Agent
                                                                      Drug Enforcement Administration

Sworn to before me and signed in my presence and/or by reliable electronic means on _____April 19, 2022_____ .

_____
Hon. Curtis Ivy, Jr.
UNITED STATES MAGISTRATE JUDGE